Marie Encar Arnold,
1065 Thrill Court #101
Henderson, NV 89002
510-514-1812
Pro Se

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

## CIVIL DIVISION

Case: 1:25−cv−01695    JURY DEMAND
Assigned To : AliKhan, Loren L.
Assign. Date : 5/27/2025
Description: Pro Se Gen. Civ. (F−DECK)

MARIE ENCAR ARNOLD,

                    Plaintiff,

        vs.

THE WHITE HOUSE, EXECUTIVE
BRANCH, 47th PRESIDENT DONALD JR.
TRUMP, In his official capacity and scope of
employment

                    Defendant,

Case No.

**VIOLATION OF 9 U.S.C. CODE § 1-16
§ 201-208, § 301-307, FEDERAL
ARBITRATION
ACT**

**MANDATE COMPEL PROPSALS 1,2, 3
SETTLEMENT AGREEMENT
CONFERENCE**

## JURISDICTION

1.     The court has jurisdiction under **28 U.S.C. Code § 1332** Diversity Jurisdiction,
       **28 U.S.C Code § 1331** Federal Questions, Federal laws

## VENUE

2.     Venue is proper under **28 U.S.C. Code § 1391 (e) (1) (4)**

1.  Plaintiff Marie Encar Arnold is a natural person, who resides in Henderson, NV 89002
    1065 Thrill Court #101, Henderson. NV 89002

2.  Defendant is The White House. Executive Branch, 47th President Donald Jr. Trump
    In his capacity scope of employment, 1600 Pennsylvania Ave NW Washington D.C. 20500,
    Government Agency, Executive Branch

## PARTIES

1.  Plaintiff Marie Encar Arnold, resides at 1065 Thrill Court #101, Henderson, NV 89002

2.  Defendant is The White House, Executive Branch, 47h President Donald Jr. Trump
    in his capacity scope employment 1600 Pennsylvania Ave NW Washington D.C. 20500
    Government Agency, Executive Branch

## STATEMENT OF FACTS

Plaintiff Marie Encar Arnold, Law Student, Helm of Government of Liberty University, VA, Constitution Party and former USPS worker and daughter of former Federal Dea Agency Harry W. Arnold, Department of Justice, California deceased Sept. 19, 1995, Honorable discharge U.S. Marine Corps, Hall of Famous retired California Highway Patrol and family of govt. was sent a correspondence letter by Hope L. Swann Paralegal Specialist Civil Division, Torts Branch Plaintiff Marie Encar Arnold sent many complaints to the DOJ for many years, and Plaintiff Marie Encar Arnold was administered "excessive cruel inhumane tortures" for sending investigations to the U.S. Department of Justice, Washington D.C. **28 U.S.C. Code § 1346 (b)** FTCA OGC # **52941** on June 17, 2021, by the United States Marshall Services Lisa M Dickinson General Counsel, Department of Justice, Tort Claim Analyst on a Federal Tort Claim of a certain sum of $10 Billion. Federal Agency Police Accountability Officer Reform who commits negligence in investigations. To comply with Executive Orders Federal Police Accountability 14074, a new law was established on May 25, 2022, and passed the bills in Washington D.C. Plaintiff Marie Encar Arnold was neglected proper investigation therefore the United States Marshall Services Agency was negligent in their proper jurisdiction where Plaintiff Marie Encar Arnold has resided in the State of California. Plaintiff Marie Encar Arnold's FTCA in filed on time not late in many U.S. District Courts, and Plaintiff Marie Encar Arnold litigated for proper jurisdictions of 2 USMS officers George Nichols and Russell Lopes in San Fransico, CA. Plaintiff Marie Encar Arnold was involuntarily dismissed without prejudices, situations got very dangerous and Plaintiff Marie Encar Arnold was almost got compromised by a very violent eye's govt. Plaintiff Marie Encar Arnold is permitted and allowed Alternative Dispute Resolution settlement outside courts. Plaintiff Marie Encar Arnold is allowed to permit seek an Alternative Dispute Resolution that is peaceful and to settle out courts. **28 U.S.C. Code § 1346 (b) FTCA** has been settled out of court and approved without litigation for many years. **28 U.S.C. Code § 1346 (b) FTCA** is equitable tolling of statute limitations is allowed and permitted. Plaintiff Marie Encar Arnold's case has already passed a bill on the 47th President Trump for Executive Order 14215, Ensuring Accountability for All Agencies,  Ending Weaponization of the Federal Government

Executive Order 14147, Strengthening and Unleashing America's Law Enforcement to Pursue Criminal and Protect Innocent Citizens Executive Order 14288, Clarifying the Military's Role in Protecting the Territorial Integrity of the United States Executive Order 14167, On related cases against U.S.A in International Court Justice, Hague. Plaintiff Marie Encar Arnold had written a letter to 46th President Biden and Harris for send USPS delivered to the White House, Executive Branch complaints, U.S. Department of Justice General Merrick Garland for an early settlement money voucher of a certain sum of $10 Billions. Plaintiff Marie Encar Arnold, a Law Student is allowed to assert the White House, Executive Branch Arbitration with 47th President Donald Jr. Trump and Vice President Vance had send via emailed and letters and text, via called the White House to ADR Mediation on Federal Accountability for All Agencies Executive Orders # 14215 on Plaintiff Marie Encar Arnold substitutes agreement FTCA Claim # 52941 certain of sum of $10 Billions with a binding agreement with Plaintiff Marie Encar Arnold with 47th President Donald Jr. Trump with a written Presidential Executive Agreement regarding U.S. Defense Treaty military  bases outside countries and our Federal Enforcement Law in U.S. The United States Marshalls Services and Federal Police Agencies is operated and owned by President Donald Jr. Trump is aware of the United Nations article violations and imposed charges U.S. Defense Treaty military base. Plaintiff Marie Encar Arnold for attempting to final conclusions for a whole certain sum of $10 Billion. Plaintiff Marie Encar Arnold asserts United Nations on Title II. Good Office and Mediation United Nations Representative Antonio Guterres offers peaceful and safe Alternative Dispute Resolution and Mediations and settlement with the 46th President Biden and Vice President Harris if necessary. Plaintiff Marie Encar Arnold is allowed to seek safer and more peaceful mediation. Since this **28 U.S.C. Code § 1346 (b) FTCA OGC # 52941** $10 Billion money voucher belongs to the United States of America and is the first attempt the White House, Executive Branch Arbitration and settlement in court chambers or White House for President Trump and Vice President Vance. Plaintiff Marie Encar Arnold is **28 U.S.C. Code § 1346 (b) FTCA OGC # 52941** $10 Billions large, numerous for $10 Billion is allowed to aiding our U.S. Govt. shortfall, short in budgets, and Plaintiff Marie Encar Arnold is allowed to donations to the Federal Protective Services, Federal Govt. Agencies, FTCA victim compensations for everyone and military, Bonus, NASA, SpaceX, Falcon 9

Federal Mental Health and, U.S. Aid, Social Securites Administration intergovernmental branches are allowed to be settled. Plaintiff Marie Encar Arnold to be fair to nations. Plaintiff Marie Encar Arnold to offer Proposal 2025 for 46Th President Joe Biden for Executive Branch Arbitration Agreement or settlement outside courts was ignored and futile here.  Plaintiff Marie Encar Arnold would have a final conclusion would be 47th President  Donald Jr. Trump. Plaintiff Marie Encar Arnold complaint to the International Criminal Courts, Hague and Prosecutor Khan peace-making of U.S. Defense Treaty military bases countries, "excessive cruel, inhumane torture" without committing crimes, is "abuse of power." And victim compensation should be paid in the U.S.A. Plaintiff Marie Encar Arnld demands "quite" silent wire, oral, and electronic communication on Biden and Harris's voters and family, co-workers, interfering into the court case. 47th President Donald Jr. Trump and his Administration's Hegseth Pete, Pentagon working with U.S. Defense Treaty military bases laws contract out countries to meet demands and Mark Rubio U.S Department State Agent Meeting demands of other International law matters resolving peacemaking and victim compensation UN Article 14, Plaintiff Marie Encar Arnold's has $10 Billions FTCA money voucher negotiation and compensation and resolves other ICC cases against the USA. Plaintiff Marie Encar Arnold and President Donald Jr. Trump to mediation ADR peacemaking to resolve UN Article violations with International Criminal Court Prosecutor Karim Khan and with Central Intelligence Agency, other matters. Plaintiff Marie Encar Arnold would like to donate and meets for peace making on my preserved $10 Billions FTCA with outside courts or in the "Court Chamber" room court house or White House with Vice President Vance or President Donald Jr. Trump and U.S. Attorney General Pam Bondi.

# I.

## **FIRST CLAIM FOR RELIEF**

## **VIOLATION OF 9 U.S.C. 1-16, 201-208**

## **301, -307**

## **FEDERAL ARBITRATION ACT**

1.   Plaintiff Marie Encar Arnold alleges Defendant The White House, Executive Branch 47th President, Donald Jr. Trump committed a violation of Federal Arbitration Acts **9 U.S.C. 1-16, 201-208, 301-307** Federal Arbitration Acts. Plaintiff Marie Encar Arnold **28 U.S.C. Code § 1346 (b) FTCA OGC # 52941** $10 Billions **(EXHIBITS A)** in Federal Tort Claim is "Federal Police Accountability Executive Orders: Clarifying the Military's Role in Protecting the Territorial Integrity of United States  Executive Order 14167 on Jan. 20, 2025 allowed to file FTCA claims and get victim compensation. , Strengthening and Unleashing America's Law Enforcement To Pursue Criminals and protect Innocent Citizens. Executive Order 14288 on April 28, 2025, Ensuring Accountability for All Agencies. Executive Order 14215 on Feb. 18, 2025, Ending the Weaponization of the Federal Government. Executive Order 14147 Jan. 20, 2025 **(EXHIBITS B)**. The 47th President Donald Jr. Trump, The White House Executive Branch offers Federal Arbitration Acts for settlement or mediation and binding agreements for a final conclusion. Defendant Vice President Vance breached a contract email to White House involving commerce to settle by arbitration. The White House, President Executive Agreement, Branch Arbitration agreement is enforceable, save upon grounds as exist at law, in equity. Defendant 47th President Donald Jr. Trump, The White House, Executive Branch shall mandate a Federal Arbitration Act clause to settle or ADR mediation would be embraced within admiralty jurisdiction "commerce" in any Territory of the United States or District of Columbia. Asserting "any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration mandate.

Plaintiff Marie Encar Arnold has a complaint with Prosecutor Karim Khan, International Criminal Court, Hague, regarding incidents and "excessive, cruel, inhumane and degrading treatment" outside U.S. in U.S. Defense Military bases on countries, must be held accountable for misconduct, follow all integrity, ethical practices, professional, right to FTCA claim under court. Plaintiff Marie Encar Arnold also demands Central Intelligence Agency agreements in certain A.I. capabilities be abolished with 47th President Donald Jr. Trump's President Executive Agreements. We can find ADR mediation with UN Secretary-General, António Sectary, United States of State Agent  Mark Rubio, Hegseth, Pete, U.S. Pentagon Director. Plaintiff Marie Encar Arnold has a legal document that substitutes agreement to offer U.S. money voucher, well preserved **28 U.S.C. Code 1346 (b) FTCA OGC # 52941** claim $10 Billions portions for UN peacemaking, resolving ICC cases,  U.S. Government funding, personal victim compensation, and donations under Plaintiff Marie Encar Arnold's written agreement in Court Chamber, White House, outside in U.S. Congress.

2.Plaintiff Marie Encar Arnold, Law Student alleges Defendant The White House, Executive Branch 47th President Donald Jr.Trump committed negligence to Plaintiff Marie Encar Arnold's letters, a copy 2024 Proposal of 46th President Biden in USPS delivered to White House, could be related and will present 2025 Proposal to 47th President Donald Jr. Trump, delivered USPS confirm and personal phone calls to White House, Sectary picked up. 47h President Donald Jr. Trump.  **(EXHIBITS C)**


2.   Plaintiff Marie Encar Arnold demands 47th President Donald Jr. Trump to attempted for Federal Arbitration Acts, court ADR settlement, or outside courts ADR, The House White, Executive Branch Arbitration agreement. Plaintiff Marie Encar Arnold is safer and more peaceful not dangerous, non-corrupt mediations and Alternative Dispute Resolutions settlements. Plaintiff Marie Encar Arnold is presenting her FTCA Proposal 2025 to 46th President Donald Jr. Trump.. Plaintiff Marie Encar Arnold prayed for approval for funding transfer fixed in accounts. Plaintiff Marie Encar Arnold will have a final conclusion to relief her and her family.

## II.

## SECOND CLAIM FOR RELIEF

## MANDATE TO COMPEL SETTLEMENT AGREEMENT CONFERENCE

Plaintiff Marie Encar Arnold, Law Student demands the court to mandate to compel settlement agreement conference with the 47th President Donald Jr. Trump Executive Branch Administration. The court shall mandate to compel a settlement agreement conference in preferred quiet court chambers or outside court discrete the White House with the 47th President Donald Jr. Trump Plaintiff Marie Encar Arnold shall have qualified clear clearance witnesses by her side of Vice President Harris Senator Ted Cruz, Lisa M Dickinson USMS General Counsel shall be invited as witnesses to the settlement conference. Plaintiff Marie Encar Arnold presents her Proposal for 2025 to the court and to the 47th President Donald Jr. Trump Plaintiff Marie Encar Arnold shall have her final conclusion to her FTCA Claim OCG # 52941 the certain sum of $10 Billions. Invite Elon Musk or Bill Gates, Robert F Kennedy Jr., Jeff Bezos, and President Bong Marcus, Mark Zuckerberg of the Republic of the Philippines as other cases against USA at the ICC.

## III.

## RELIEFS

Plaintiff Marie Encar Arnold seeks punitive damages of $2.7 Millions

Plaintiff Marie Encar Arnold prays for Settlement Conference ADR outside courts, or Federal Courthouse Chamber room, mandate compel Federal Arbitration Act **9 U.S.C. 1-16, 201-208, 301-307,** by The White House, Executive Branch by President Donald Jr. Trump Administration. Mandate compel settlement conference, personal injury non-economic damages.

And *secure codes of A.I. cure, separate minds from threats* and "cruel" ADR mediation confidential.

related cases (Arnold vs. Biden, White House, Executive Branch)" silent " quite" wire oral, RFID,


Date: May 19, 2025


                                        Respectfully submitted,


                                        Marie Encar Arnold, Plaintiff
                                        Law Student, Pro Se

143